IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA DUBOIS : | |
| : | CIVIL ACTION NO. 02-CV-4317 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

   Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                                          Aline Fairweather



_____    _____
Erin Brennan                                                Kirstin J. Miller



                                                                   DECHERT PRICE & RHOADS
                                                                   4000 Bell Atlantic Tower
                                                                   1717 Arch Street
                                                                   Philadelphia, PA  19103-2793
                                                                   (215) 994-4000